

| | | |
|---|---|---|
| ZACHARY W. CARTER<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, N.Y. 10007 | PERNELL M. TELFORT<br>*Assistant Corporation Counsel*<br>Tel.: (212) 356-3541<br>Fax: (212) 788- 9776<br>ptelfort@law.nyc.gov |

May 1, 2014

**VIA ECF**
Honorable Brian M. Cogan
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

        Re:    *Maurice Washington, et al. v. City of New York, et al.*, 13 CV 7135 (BMC)

Your Honor:

        I am an Assistant Corporation Counsel in the office of Zachary W. Carter, Corporation Counsel of the City of New York, and the attorney assigned to represent the City of New York ("City") in the above-referenced action. The City writes to inform the Court that the parties have reached an agreement in principle to settle this matter without further litigation. Accordingly, the parties respectfully request that the Court adjourn, *sine die*, all previously scheduled dates.

        Pursuant to the agreement, the City will forward to plaintiff for execution the appropriate settlement documents, including a Stipulation and Order of Dismissal. Defendants will submit the stipulation for the Court's endorsement and filing upon full execution.

        Thank you for your consideration herein.

        Respectfully submitted,

Pernell M. Telfort
Assistant Corporation Counsel

cc:    **VIA ECF**
       Robert Marinelli, Esq.